# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Jr, John G. | Supreme Court of the United States | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Justice of the United States | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

One First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Major, Lindsey & Africa, LLC -- Attorney Search Consultants -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Washington University School of Law | 03/28/18 | St. Louis, Missouri | Attended Annual Distinguished Alumni Awards Dinner | Transportation and meal |
| 2. | University of Minnesota Law School | 10/15-17/18 | Minneapolis, Minnesota | Delivered the Stein Lecture; met with students, faculty, and Federal judges | Transportation, meals, and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Inc. Common (formerly Time Warner, Inc. Common) (see Part VIII) | D | Dividend | | | Sold | 11/15/18 | M | G | |
| 2. Time Warner, Inc. (Common) (see Part VIII) | | | | | Merged (with line 1) | 06/15/18 | M | | |
| 3. Lam Research (Common) | B | Dividend | K | T | | | | | |
| 4. Texas Instruments (Common) TXN | D | Dividend | N | T | | | | | |
| 5. Thermo Fisher (Common) TMO | A | Dividend | N | T | | | | | |
| 6. Sirius XM (Common) | B | Dividend | M | T | | | | | |
| 7. Amer. Century Gro. Inv. Class I TWGIX | D | Dividend | L | T | Sold (part) | 01/23/18 | J | C | |
| 8. MetLife GVUL: Putnam Multi-Cap Growth Fund | | None | K | T | | | | | |
| 9. Vanguard Int'l Gr Fund Admiral Shares VWILX | C | Dividend | L | T | Sold (part) | 01/23/18 | J | C | |
| 10. Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | L | T | | | | | |
| 11. C. Schwab Muni M. Fund SWXXX | A | Dividend | | | Sold | 03/26/18 | K | | |
| 12. Wells Fargo bank accounts | A | Interest | M | T | | | | | |
| 13. Capital One, Inc. bank accounts | D | Interest | P1 | T | | | | | |
| 14. 1/8 int. cottage, Knocklong, County Limerick, Ireland | A | Rent | K | W | | | | | |
| 15. my529 Equity - 10% Int'l (see Part VIII) | D | Dividend | N | T | | | | | |
| 16. my529 Age-Based Moderate (see Part VIII) | C | Dividend | M | T | | | | | |
| 17. Allegis Group Ret. Plan (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Vanguard Target Retirement 2020 Trust II | | None | M | T | | | | | |
| 19.  Eaton Vance Ser II Income Fund Boston CL 1 EIBIX | C | Dividend | L | T | Buy (add'l) | 01/23/18 | J | | |
| 20. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 21.  Eaton Vance Global Macr Absolute Return I EIGMX | D | Dividend | | | Buy (add'l) | 01/23/18 | K | | |
| 22. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 23. | | | | | Sold (part) | 11/28/18 | M | | |
| 24. | | | | | Sold | 11/29/18 | K | | |
| 25.  First Eagle Global SGIIX | E | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |
| 26. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 27. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 28. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 30. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 31. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 32. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 33. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 34. | | | | | Buy (add'l) | 08/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 37. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 38. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 39. Gabelli Small Cap Growth 1 GACIX | D | Dividend | M | T | Buy (add'l) | 01/12/18 | J | | |
| 40. | | | | | Sold (part) | 01/23/18 | J | B | |
| 41. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 42. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 43. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 44. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 45. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 46. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 47. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 48. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 49. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 50. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 51. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 53. T. Rowe Price Real Estate TRREX | C | Dividend | L | T | Buy (add'l) | 01/23/18 | J | | |
| 54. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 55. T. Rowe Price Blue Chip Growth TRBCX | D | Dividend | N | T | Sold (part) | 01/23/18 | K | E | |
| 56. | | | | | Sold (part) | 02/13/18 | J | D | |
| 57. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 58. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 59. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 60. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 61. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 62. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 63. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 64. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 65. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 68. Wells Fargo Absolute Return Fund WABIX | D | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 70. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 71. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 72. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 73. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 74. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 75. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 76. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 77. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 78. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 79. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 81. AQR FDS Mgd. Futures Strategy AQMIX | | None | L | T | Buy (add'l) | 01/23/18 | J | | |
| 82. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 83. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Sold (part) | 01/23/18 | J | B | |
| 84. | | | | | Sold (part) | 02/13/18 | J | A | |
| 85. TIME, Inc. (Common) | | None | | | Sold | 02/02/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Jane Brain, LLC (H) | | | | | | | | | |
| 87. -- Empowered Learning Institute of DC, LLC | | None | K | W | | | | | |
| 88. Principal MidCap Institutional PCBIX | E | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |
| 89. | | | | | Sold (part) | 01/23/18 | K | C | |
| 90. | | | | | Sold (part) | 02/13/18 | J | A | |
| 91. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 92. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 93. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 94. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 95. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 96. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 97. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 98. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 99. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 100. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 101. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 102. ASG GLBL ALTRNTVE CL Y GAFYX | C | Dividend | N | T | Buy (add'l) | 01/24/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/29/18 | M | | |
| 104. | | | | | Buy (add'l) | 11/30/18 | K | | |
| 105.  Dodge & Cox Stock DODGX | E | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |
| 106. | | | | | Sold (part) | 01/23/18 | J | C | |
| 107. | | | | | Sold (part) | 02/13/18 | J | A | |
| 108. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 109. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 110. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 111. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 112. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 113. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 114. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 115. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 116. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 117. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 118. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 119.  Oppenheimer Developing Markets ODVYX | B | Dividend | N | T | Buy (add'l) | 01/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/23/18 | K | D | |
| 121. | | | | | Sold (part) | 02/13/18 | J | C | |
| 122. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 123. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 124. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 125. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 126. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 127. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 128. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 129. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 130. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 131. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 132. Charter Communications (Common) CHTR | | None | M | T | | | | | |
| 133. my529 Cash Account (see Part VIII) | D | Dividend | N | T | | | | | |
| 134. Thornburg Ltd-Term Muni Inst LTMIX | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 135. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 136. | | | | | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 138. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 139. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 140. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 141. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 142. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 143. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 145. Tweedy Browne Global Value Fund TBGVX | C | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 146. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 147. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 148. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 149. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 150. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 151. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 152. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 153. | | | | | Buy (add'l) | 09/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 155. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 156. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 157. T Rowe Price Short-Term Bond PRWBX | C | Dividend | M | T | Buy (add'l) | 01/23/18 | K | | |
| 158. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 159. Vanguard Div. Growth Fd Investor Shares VDIGX | F | Dividend | O | T | | | | | |
| 160. Gateway Fund GTEYX | B | Dividend | L | T | Buy (add'l) | 01/12/18 | J | | |
| 161. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 162. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 163. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 164. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 165. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 166. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 167. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 168. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 169. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 170. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 172. Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX | A | Dividend | K | T | Buy (add'l) | 01/12/18 | J | | |
| 173. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 174. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 175. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 176. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 177. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 178. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 179. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 180. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 181. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 182. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 183. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 184. Goldman Finl Sq Treas Money Market Fund FTIXX | B | Dividend | L | T | Sold (part) | 01/12/18 | J | | |
| 185. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 186. | | | | | Buy (add'l) | 01/23/18 | K | | |
| 187. | | | | | Buy (add'l) | 02/13/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 189. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 190. | | | | | Sold (part) | 04/13/18 | J | | |
| 191. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 192. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 193. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 194. | | | | | Sold (part) | 07/13/18 | J | | |
| 195. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 196. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 197. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 198. | | | | | Sold (part) | 10/12/18 | J | | |
| 199. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 200. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 201. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 202. Wells Fargo IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | J | T | | | | | |
| 203. MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | J | T | | | | | |
| 204. MetLife GVUL Put.Gro. Opps. | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Bost.Ptnrs. L/S Rsrch. Fund BPIRX | C | Dividend | K | T | Buy (add'l) | 01/23/18 | J | | |
| 206. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 207. Van Eck Global GHAYX | A | Dividend | L | T | Buy (add'l) | 01/23/18 | J | | |
| 208. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 209. Charles Schwab bank account | A | Interest | M | T | Open | 03/27/18 | K | | |
| 210. C. Schwab Value Advantage M. Fund SWVXX | B | Dividend | M | T | Buy | 09/26/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., lines 1 and 2. Time Warner, Inc. merged with AT&T, Inc. on June 15, 2018. Time Warner, Inc. shareholders received AT&T, Inc. stock and cash. Line 2, Column D(3) represents the cash distribution from the merger transaction. The AT&T, Inc. shares were sold on November 15, 2018.

Part VII., lines 15, 16, and 133. Utah Educational Savings Plan became my529 on February 5, 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544